**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Fax: (718) 504-7555
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RASHETA BUNTING, Individually and as the
representative of a class of similarly situated persons,

Case No.   1:19-cv-621-FB-PK

Plaintiff,

- against -

**NOTICE OF SETTLEMENT**

ILIA, INC.,

Defendant.
-------------------------------------------------------------X

Now comes the Plaintiff, Rasheta Bunting, by and through counsel, to provide

notice to the Court that the present cause has been settled between the parties, and states:

1.   A settlement agreement ("Agreement") is in the process of being finalized.

Once the Agreement is fully executed, and Plaintiff has received the consideration required

pursuant to the Agreement, the plaintiff will submit a Stipulation of Voluntary Dismissal with

prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and will therein request

that the case be dismissed and closed.

2.   The parties respectfully request that the Court stay this case and adjourn all

deadlines and conferences.

3.   We respectfully request the Court provide that the parties may seek to reopen

the matter for forty-five (45) days to assure that the Agreement is executed and that the

settlement funds have cleared.


Dated: Brooklyn, New York
        April 22, 2019

                                        SHAKED LAW GOUP, P.C.
                                        Attorneys for Plaintiff

                              By:/s/Dan Shaked_____
                                 Dan Shaked (DS-3331)
                                 44 Court St., Suite 1217
                                 Brooklyn, NY 11201
                                 Tel. (917) 373-9128
                                 Fax (718) 704-7555
                                 e-mail: ShakedLawGroup@Gmail.com